JS-6

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
   Janet Skelton, an individual and d/b/a
8  Amazon.com Seller Bizzy Bees
   *bizzybeejs@gmail.com*
9  2112 Shine Road
   Snow Hill, North Carolina 28580
10 Telephone: (919) 222-0542

11 Defendant, *in pro se*

12

13             UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15
   Warner Bros. Home Entertainment Inc.,  )   Case No. CV13-0884 BRO (RZx)
16                                          )
                         Plaintiff,         )   CONSENT DECREE AND
17                                          )   PERMANENT INJUNCTION
            v.                              )
18                                          )
   Janet Skelton, an individual and d/b/a   )
19 Amazon.com Seller Bizzy Bees and Does    )
   1-10, inclusive,                         )
20                                          )
                         Defendants.        )
21 ─────────────────────────────────────── )

22

23         The Court, having read and considered the Joint Stipulation for Entry of

   Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner
24
   Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Janet Skelton, an
25
   individual and d/b/a Amazon.com Seller Bizzy Bees ("Defendant"), in this action, and
26
   good cause appearing therefore, hereby:
27

28

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

**IT IS SO ORDERED.**

Dated:  July 3, 2013

By: _____

HON. BEVERLY REID O'CONNELL
United States District Court Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
          J. Andrew Coombs
          Nicole L. Drey
Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Janet Skelton, an individual and d/b/a
Amazon.com Seller Bizzy Bees

By: _____
          Janet Skelton
Defendant, *in pro se*

# EXHIBIT A
## COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. ("HBO") |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | HBO |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |

| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
|---|---|---|
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-776-120 | BOARDWALK EMPIRE: To The Lost | HBO |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |

| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
|---|---|---|
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-750-442 | FALLING SKIES: Live and Learn | TNT Originals, Inc. ("TNT") |
| PA 1-750-446 | FALLING SKIES: The Armory | TNT |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |

| | | |
|---|---|---|
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |

| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
|---|---|---|
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-813-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-079 | SHAMELESS: Frank The Plank Frank | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |

| PA 1-800-080 | SHAMELESS: Casey Casden | WBEI |
|---|---|---|
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-829-833 | SHAMELESS: Killer Carl | WBEI |
| PA 1-829-835 | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | WBEI |
| PA 1-829-832 | SHAMELESS: It's Time To Kill The Turtle | WBEI |
| PA 1-829-837 | SHAMELESS: But At Last Came A Knock | WBEI |
| PA 1-829-831 | SHAMELESS: Nana Gallagher Had An Affair | WBEI |
| PA 1-829-834 | SHAMELESS: Daddyz Girl | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| PA 1-826-508 | SMALLVILLE: Odyssey | WBEI |
| PA 1-826-533 | SMALLVILLE: Plastique | WBEI |
| PA 1-826-530 | SMALLVILLE: Toxic | WBEI |
| PA 1-826-988 | SMALLVILLE: Instinct | WBEI |
| PA 1-827-014 | SMALLVILLE: Committed | WBEI |
| PA 1-826-986 | SMALLVILLE: Prey | WBEI |
| PA 1-827-707 | SMALLVILLE: Identity | WBEI |
| PA 1-826-997 | SMALLVILLE: Bloodline | WBEI |
| PA 1-826-512 | SMALLVILLE: Abyss | WBEI |
| PA 1-826-972 | SMALLVILLE: Bride | WBEI |
| PA 1-826-981 | SMALLVILLE: Legion | WBEI |
| PA 1-827-013 | SMALLVILLE: Bulletproof | WBEI |
| PA 1-826-993 | SMALLVILLE: Power | WBEI |
| PA 1-826-507 | SMALLVILLE: Requiem | WBEI |
| PA 1-827-010 | SMALLVILLE: Infamous | WBEI |
| PA 1-827-004 | SMALLVILLE: Turbulence | WBEI |
| PA 1-826-510 | SMALLVILLE: Hex | WBEI |
| PA 1-826-969 | SMALLVILLE: Eternal | WBEI |
| PA 1-827-007 | SMALLVILLE: Stiletto | WBEI |
| PA 1-826-984 | SMALLVILLE: Beast | WBEI |
| PA 1-826-990 | SMALLVILLE: Injustice | WBEI |

| PA 1-826-509 | SMALLVILLE: Doomsday | WBEI |
|---|---|---|
| PA 1-827-918 | SMALLVILLE: Savior | WBEI |
| PA 1-827-917 | SMALLVILLE: Metallo | WBEI |
| PA 1-827-786 | SMALLVILLE: Rabid | WBEI |
| PA 1-827-902 | SMALLVILLE: Echo | WBEI |
| PA 1-827-780 | SMALLVILLE: Idol | WBEI |
| PA 1-827-900 | SMALLVILLE: Roulette | WBEI |
| PA 1-827-787 | SMALLVILLE: Crossfire | WBEI |
| PA 1-827-916 | SMALLVILLE: Kandor | WBEI |
| PA 1-827-897 | SMALLVILLE: Pandora | WBEI |
| PA 1-827-867 | SMALLVILLE: Disciple | WBEI |
| PA 1-827-864 | SMALLVILLE: Society | WBEI |
| PA 1-827-850 | SMALLVILLE: Legends | WBEI |
| PA 1-827-862 | SMALLVILLE: Warrior | WBEI |
| PA 1-827-888 | SMALLVILLE: Persuasion | WBEI |
| PA 1-827-848 | SMALLVILLE: Conspiracy | WBEI |
| PA 1-827-899 | SMALLVILLE: Escape | WBEI |
| PA 1-827-906 | SMALLVILLE: Checkmate | WBEI |
| PA 1-827-870 | SMALLVILLE: Upgrade | WBEI |
| PA 1-827-884 | SMALLVILLE: Charade | WBEI |
| PA 1-827-873 | SMALLVILLE: Sacrifice | WBEI |
| PA 1-827-905 | SMALLVILLE: Hostage | WBEI |
| PA 1-827-892 | SMALLVILLE: Salvation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |

| | | |
|---|---|---|
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |

| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
|---|---|---|
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; CBS Studios Inc. ("CSI") |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI; CSI |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI; CSI |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI; CSI |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI; CSI |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI; CSI |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI; CSI |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI; CSI |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI; CSI |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI; CSI |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI; CSI |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI; CSI |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI; CSI |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI; CSI |

| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI; CSI |
|---|---|---|
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CSI |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI; CSI |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI; CSI |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CSI |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI; CSI |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI; CSI |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI; CSI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CSI |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CSI |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CSI |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CSI |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CSI |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CSI |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CSI |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CSI |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CSI |

| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CSI |
|---|---|---|
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CSI |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CSI |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CSI |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CSI |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CSI |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CSI |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CSI |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CSI |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CSI |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CSI |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CSI |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CSI |
| PA 1-743-069 | TREME: Accentuate The Positive | HBO |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | HBO |
| PA 1-750-437 | TREME: On Your Way Down | HBO |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | HBO |
| PA 1-746-579 | TREME: Slip Away | HBO |
| PA 1-746-582 | TREME: Feels Like Rain | HBO |
| PA 1-746-583 | TREME: Carnival Time | HBO |

| PA 1-756-008 | TREME: Can I Change My Mind | HBO |
|---|---|---|
| PA 1-748-878 | TREME: What Is New Orleans? | HBO |
| PA 1-748-782 | TREME: That's What Lovers Do? | HBO |
| PA 1-748-781 | TREME: Do Whatcha Wanna | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |